Timothy CASON, Appellant,

v.

**STATE of Missouri, Respondent.**

**No. WD 40113.**

Missouri Court of Appeals, Western District.

Oct. 4, 1988.

David H. Miller, Richmond, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, C.J., and BERREY and FENNER, JJ.

### ORDER

PER CURIAM:

Appeal from denial of Rule 27.26 motion for post-conviction relief.

AFFIRMED. Rule 30.25(b).